# EXHIBIT A

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------X
**BINARAPPS SP. Z O.O**.,

         Plaintiff,        Index No.

    -against-           **Summons with Notice**

**POCKETBROKER, INC.** and **ANIS ATTARWALA**,   Plaintiff designates New York
                    County as place of trial on the basis of
                    Defendants' place of business.

         Defendants.
--------------------------------------------------------------------X

**To the above-named Defendants:**

  **You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after service of this summons is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer this summons, a judgment by default will be taken against you for the relief demanded in the complaint.

**Defendants' addresses:**         **Plaintiff's attorneys:**
340 E 80th Street, 5G          Sabaj Law P.C.
New York, NY 10075          Attorneys for Plaintiff
                   121A Nassau Ave
                   Brooklyn, 11222 NY
                   (212) 518-8270

**Notice: The nature of this action is as follows:** breach of contract, unjust enrichment, account stated, including but not limited to: (1) Defendant's failure to pay for services performed by Plaintiff in the amount of $88,572.00; (2) Defendant's breach of good faith and fair dealing; (3) the delays, actual and consequential damages caused upon Plaintiff arising from Defendant's wrongful acts and/or omissions.

**The relief sought is:** money damages in the amount of **$88,572.00**, (eighty-eight thousand five hundred and seventy-two dollars and 00/100) together with interests, costs, disbursements, reasonable attorney's fees and such other relief awarded.

**Upon your failure to appear:** Judgement will be sought against you by default for the relief requested, together with such other and further relief the Court deems proper.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

Dated: November 28, 2023

By:     /s/ Paul T. Sabaj

Paul T. Sabaj, ESQ.
**SABAJ LAW, P.C.**
*Attorneys for Plaintiff*
121A Nassau Ave
Brooklyn, NY 11222
(212) 518-8270

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been

**SUPREME COURT OF THE STATE OF NEW
YORK COUNTY OF          NEW YORK**

## STATEMENT OF AUTHORIZATION FOR
## ELECTRONIC FILING
### (Single Attorney Authorizing Individual Filing Agent)

I, _____PAUL T. SABAJ_____, Esq., ( Attorney Registration No.
____4873329_____ ) am an authorized user of the New York State Courts Electronic Filing
System ("NYSCEF") (User ID ___PTSABAJ___ ). I hereby authorize
_____SYLWESTER SZYMASZEK_____ ("the filing agent") to utilize his/her
NYSCEF filing agent ID to file documents on my behalf and at my direction in any e-filed matter
in which I am counsel of record through the NYSCEF system, as provided in Section 202.5-b of
the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which I have previously
consented to e-filing, to any mandatory matter in which I have recorded my representation, and
to any matter in which I may authorize the filing agent to record my consent or representation
in the NYSCEF system.

This authorization extends to any and all documents I generate and submit to the filing
agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to
each matter in which I am counsel of record, shall be deemed to accompany any document filed
in that matter by the filing agent.

This authorization also extends to matters of payment, which the filing agent may make
either by debiting an account the filing agent maintains with the County Clerk of any authorized
e-filing county or by debiting an account I maintain with the County Clerk of any authorized e-
filing county.

This authorization regarding this filing agent shall continue until I revoke it in writing
on a prescribed form delivered to the E-Filing Resource Center.

Dated:_____11.10.2023_____

_____
Signature

___PAUL T. SABAJ_____
Print Name

___SABAJ LAW, P.C._____
Firm/Department

___121A NASSAU AVE_____
Street Address

___BROOKLYN, NY 11222_____
City, State and Zip Code

___(718)-577-1512_____
Phone

___PSABAJ@SABAJLAW.COM_____
E-Mail Address

(6/6/13)

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been